UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JEROME CALDWELL,
        Plaintiff,

v.                                       No. 19-cv-214

OFFICER ANDREW J. BEKY and
SUPERVISOR WILLIAMS,
        Defendants.

## **O R D E R**

**AND NOW**, on this 1st day, October, 2019, upon consideration of Defendants' Motion to Dismiss the Complaint, ECF No. 13, and for the reasons set forth in the Opinion issued this date,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss the Complaint, ECF No. 13, is **GRANTED**, as follows:

    a. Plaintiff's purported Eighth Amendment claim is dismissed, with prejudice.

    b. Plaintiff's purported Fourth Amendment claim is dismissed, without prejudice.

2. Plaintiff's Complaint, ECF No. 2, is **DISMISSED**.

3. The case is **CLOSED.**

4. The case may be reopened if Plaintiff files an amended complaint within thirty (30) days of this Order.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court

100119